CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD E. COOKS 05369030 :
**Full Name of Plaintiff**   **Inmate Number**

Civil No. 1:21-CV-0103
(to be filled in by the Clerk's Office)
S.S. No: XXXXX3915

v.

E. BRADLEY, Warden
**Name of Defendant 1**

( ✓ ) Demand for Jury Trial
( ✓ ) No Jury Trial Demand

**Name of Defendant 2**

FILED
SCRANTON
JAN 20 2021
PER _____
DEPUTY CLERK

**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✓ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

**II.    ADDRESSES AND INFORMATION**

**A.    PLAINTIFF**

COOKS, RONALD, E.
Name (Last, First, MI)

05369030
Inmate Number

United States Penitentiary-CANAAN
Place of Confinement

3057 Eric J. Williams memorial Drive
Address

Waymart, PA. 18472
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

_J_    Convicted and sentenced federal prisoner

**B.    DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

BRADLEY, E
Name (Last, First)

Warden, OPH, Trustee
Current Job Title

3057 Eric J. Williams memorial Drive
Current Work Address

Waymart, PA. 18472
City, County, State, Zip Code

Defendant 2:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 5:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Reading Bureau of Prison Program Statement 4500.12 And 31 U.S.C. Sec. 1321

B. On what date did the events giving rise to your claim(s) occur?

July 21, ~~2020~~ 2019

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I am being deprived of benefit(s) to have as financial means that is afforded to me by Act of Congress. Trustee(es) fail to exercise the degree of care expected of a person of ordinary prudence in like circumstances.

### IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

U.S. Constitution Art. 1 Sec. 9 Cl. 7, U.S. Constitution 5th Amendment, U.S. Constitution 14th Amendment Sec. 1 Cl 2, 42 U.S.C. Sec. 1983, 15 U.S.C. Sec. 1, 18 U.S.C. Sec. 242 And 246.

### V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

loss of A personal right, property, physical And mental well-being

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I, without Arrogance, request a decision based on equitable principles; An Agreement of opinion (both cases in), An  Cont. (1)

Cont. (1)
Accepted offer by mutual agreement that a specified future performance will discharge in full an obligation when performed; (e.g. transfer of goods, services, funds, instance of transactions, my bank-type computer be reprogrammed), reimbursment of all funds withheld plus interest.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Without Prejudice
by: Ronald E. Cooke, U.C.C.-1-207, 1-308, 1-103
Signature of Plaintiff

1-14-2021
Date

United States Penit.
P.O. Box 300
Waymart, Pa. 18742

7020 0090 0001 7244 4769

THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS

RECEIVED
SCRANTON
JAN 20 2021
PER _____
DEPUTY CLERK

U.S. POSTAGE PAID
FCM LG ENV
WAYMART, PA
18472
JAN 15, 21
AMOUNT
$0.00
R2305K138948-05

"LEGAL MAIL"

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
235 North Washington Aven
P.O. Box 1148
Scranton, Pa. 18501-1148

Given to unit officer @ 7 pm. Jan. 14. 2021