IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD E. COOKS,** | : | CIVIL ACTION NO. 1:21-CV-103 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **E. BRADLEY, WARDEN,** | : | |
| Defendant | : | |

### ORDER

AND NOW, this 26th day of February, 2021, upon consideration of plaintiff's complaint, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* is GRANTED.  (Doc. 2).

2. Plaintiff's complaint (Doc. 1) is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff is granted leave to file an amended complaint on or before **Wednesday, March 17, 2021** in accordance with this Order's accompanying Memorandum.

4. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania